# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KENNETH E. ROBINSON

*Plaintiff*

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

*Defendant*

Civil Action No. 2:15-CV-00106-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment is DENIED.
Defendant's Motion for Summary Judgment is GRANTED.
Judgment is entered in the Commissioner's favor.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mendoza  on motions for Summary Judgment.

Date: June 22, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy